FILED

2009 Oct-20  AM 10:41
U.S. DISTRICT COURT
N.D. OF ALABAMA



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **CRYSTAL ANN STANSELL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  2:09-cv-01409-CLS-JEO** |
| | ) | |
| **CYNTHIA S. WHEELER-WHITE** | ) | |
| **and THEATTORNEY GENERAL** | ) | |
| **OF THE STATE OF ALABAMA,** | ) | |
| | ) | |
| **Respondents.** | ) | |

### MEMORANDUM  OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. no. 3), and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accordance with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to afford the petitioner an opportunity to exhaust available state remedies.  An appropriate order will be entered.

DONE this 20th day of October, 2009.

_____
United States District Judge