# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CRYSTAL ANN STANSELL,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.  2:09-cv-01409-CLS-JEO |
| ) | |
| **CYNTHIA S. WHEELER-WHITE** ) | |
| **and THEATTORNEY GENERAL** ) | |
| **OF THE STATE OF ALABAMA,** ) | |
| ) | |
| Respondents. ) | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, this action is DISMISSED without prejudice.  The Clerk is directed to close this file

DONE AND ORDERED this 20th day of October, 2009.

_____
United States District Judge